UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**COMET ML INC.,**

    Plaintiff,

v.

**PERPLEXITY AI, INC.**,

    Defendant.

Case No. 4:25-cv-04088-YGR

**SCHEDULING AND PRETRIAL ORDER**

### TO ALL PARTIES AND COUNSEL OF RECORD:

Based on the trial date set by the Court at the June 25 evidentiary hearing, the Court hereby sets the following trial and pretrial dates, as set forth below. The parties shall meet and confer and provide the Court with agreed upon dates for the deadlines specified below no later than **July 14, 2025**.

## PRETRIAL SCHEDULE

| | |
|---|---|
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | None without Court approval |
| NON-EXPERT DISCOVERY CUTOFF: | **Parties to meet and confer** |
| DISCLOSURE OF EXPERT REPORTS: ALL EXPERTS, RETAINED AND NON-RETAINED, MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: **Parties to meet and confer** <br> Rebuttal: **Parties to meet and confer** |
| EXPERT DISCOVERY CUTOFF: | **Parties to meet and confer** |
| DISPOSITIVE MOTIONS[1] /DAUBERT MOTIONS TO BE HEARD BY: | December 2, 2025 |
| COMPLIANCE DEADLINE (*SEE* PAGE 2) | January 16, 2026; statement to be filed by January 9, 2026 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | January 23, 2026 |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| PRETRIAL CONFERENCE: | Friday, February 6, 2026 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, February 23, 2026 at 8:30 a.m. (Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance hearing on Friday, January 16, 2026 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: July 1, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**