| | |
|---|---|
| MITCHELL SILBERBERG & KNUPP LLP<br>ELEANOR M. LACKMAN (SBN 298594)<br>eml@msk.com<br>ELAINE K. KIM (SBN 242066)<br>ekk@msk.com<br>CONSTANCE KANG (SBN 341622)<br>cck@msk.com<br>SKYLER TERREBONNE (SBN 347604)<br>s2t@msk.com<br>JAMES BERKLEY (SBN 347919)<br>jdb@msk.com<br>2049 Century Park East, 18th Floor<br>Los Angeles, California 90067-3120<br>Telephone: (310) 312-2000<br>Facsimile: (310) 312-3100<br><br>MARISSA B. LEWIS (*pro hac vice*)<br>mbl@msk.com<br>437 Madison Avenue, 25th Floor<br>New York, NY 10022<br><br>*Attorneys for Plaintiff and Counterdefendant Comet ML Inc.* | LATHAM & WATKINS LLP<br>JENNIFER L. BARRY (Bar No. 228066)<br>jennifer.barry@lw.com<br>PATRICK C. JUSTMAN (Bar No. 281324)<br>patrick.justman@lw.com<br>MELANIE J. GRINDLE (Bar No. 311047)<br>melanie.grindle@lw.com<br>ADAM A. HERRERA (Bar No. 328043)<br>adam.herrera@lw.com<br>12670 High Bluff Drive<br>San Diego, California 92130<br>858.523.5400 / 858.523.5450 fax<br><br>BRETT M. SANDFORD (Bar No. 302072)<br>brett.sandford@lw.com<br>AMIT MAKKER (Bar No. 280747)<br>amit.makker@lw.com<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>415.391.0600 / 415.395.8095 fax<br><br>*Attorneys for Defendant and Counterclaimant Perplexity AI, Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| COMET ML INC.,<br><br>    Plaintiff,<br><br>v.<br><br>PERPLEXITY AI, INC.,<br><br>    Defendant.<br><br>PERPLEXITY AI, INC.,<br><br>    Counterclaimant,<br><br>v.<br><br>COMET ML INC.,<br><br>    Counterdefendant. | Case No. 4:25-CV-04088-YGR<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Judge:    Hon. Yvonne Gonzalez Rogers |

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff
2  and Counterdefendant Comet ML Inc. ("CML") and Defendant and Counterclaimant Perplexity
3  AI, Inc. ("Perplexity") hereby stipulate and agree as follows:

4  1. CML dismisses all of its claims against Perplexity with prejudice, including, in
5  particular, its claims for (1) Trademark Infringement in Violation of Section 32(1) of the Lanham
6  Act; (2) Unfair Competition and False Designation of Origin in Violation of Section 43(a) of the
7  Lanham Act; (3) Unfair Business Practices in Violation of Cal. Bus. & Prof. Code § 17200 *et seq.*;
8  and (4) Common Law Trademark Infringement and Unfair Competition.

9  2. Perplexity dismisses all of its counterclaims against CML with prejudice, including,
10  in particular, its claims for (1) Cancellation under 15 U.S.C. § 1064(3): Non-use/Abandonment –
11  COMET.ML; and (2) Cancellation under 15 U.S.C. § 1064(3): Fraud – COMET and COMET.ML.

12  3. The Parties will bear their own fees and costs.

DATED: August 27, 2025           MITCHELL SILBERBERG & KNUPP LLP

                                 By:   */s/ Skyler Terrebonne*
                                       Skyler Terrebonne
                                       Attorneys for Plaintiff and Counterdefendant
                                       Comet ML Inc.

DATED: August 27, 2025           LATHAM & WATKINS LLP

                                 By:   */s/ Jennifer L. Barry*
                                       Jennifer L. Barry
                                       Attorneys for Defendant and Counterclaimant
                                       Perplexity AI, Inc.

**ATTESTATION**

The undersigned attests that concurrence in the filing of the foregoing stipulation was obtained from all of its signatories.

Dated:  August 27, 2025                   */s/ Skyler Terrebonne*
                                                      Skyler Terrebonne